# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

Marilyn Kelly,
Chief Justice

139603

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

TIMOTHY W. AZELTON and VICTORIA
A. REDDY-CLEMENTS, Co-Personal
Representatives of the Estate of Crystal Anne
Reddy, Deceased,
        Plaintiffs-Appellees,

v

        SC: 139603
        COA: 290651
        Genesee CC: 08-088553-NI

EMILY SHEROSKI, JANET SHEROSKI, and
BRIAN SHEROSKI,
        Defendants,
and

DAMIAN DOWNEY and SABRELINE
TRANSPORTATION, INC.,
        Defendants-Appellants

_____/

      On order of the Court, the application for leave to appeal the June 9, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

Clerk